Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for Wells Fargo Bank, N.A.
L&A Case No. 10-96675

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re:<br><br>Daryl N. Penrod and Michele Kennedy Penrod,<br><br>Debtors. | Bankruptcy No. 10-29023 JTM<br><br>(a Chapter 13 case)<br><br>Filed Electronically |
|---|---|

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of Wells Fargo Bank, N.A. ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates
> 3269 South Main Street, Suite 100
> Salt Lake City, UT  84115

DATED: July 15, 2010.

                LUNDBERG & ASSOCIATES

                By____/s/_____
                Mark S. Middlemas
                Attorneys for Creditor

CERTIFICATE OF NOTIFICATION

I certify that on July 15, 2010 I sent a copy of the foregoing Appearance of Counsel, electronically or by first class mail, to each of the following:

        Robert S. Payne
        Lincoln Law
        ECF
            Attorney for Debtors

            _____/s/_____
            Mark S. Middlemas